# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Anthony James Carpenter          **Docket Number:**   0972 1:13CR00025

**Name of Judicial Officer**:   United States District Judge Lawrence J. O'Neill

**Date of Original Sentence:**   4/23/2012

**Original Offense:** 8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(B)(I), Transporting Illegal Aliens for Financial Gain (CLASS C FELONY)

**Original Sentence:** 8 months BOP; 36 months TSR; $100 SA

**Special Conditions:**

Warrantless Search
Drug/Alcohol Treatment
Drug/Alcohol Testing
No Alcohol
Residential Re-Entry Center (180 days)
Aftercare Co-payment

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   7/8/2013

**Other Court Actions:**

**01/23/2013**:   Probation Form 12C, Petition for Warrant, filed in the Central District of California, alleging: New Law Violations and Failure to Submit Monthly Supervision Reports.

**02/01/2013**:   Transfer of Jurisdiction accepted from the Central District of California

**02/21/2013**:   Admitted the violation behavior contained in the Petition, Dispositional Hearing set for March 18, 2013.

**03/18/2013**:   **Dispositional Hearing:** Supervised release revoked, 6 months custody of Bureau of Prisons, 30 months TSR. As part of this revocation, the offender would commence supervision while a resident of the RRC

**07/08/2013**:     Released from BOP, supervision re-commenced.  Defendant residing in the Bakersfield RRC for a period up to 180 days.

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in a Residential Re-Entry Center, Turning Point, for a period of up to 180 days; said placement shall commence as directed by the Probation Officer, pursuant to 18 USC 3563(b) (11).  The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** On July 8, 2013, the defendant was released from BOP and supervision re-commenced. The defendant began his residential placement in the Turning Point (RRC) located in Bakersfield. Program goals were to establish a stable release plan, family reunification, and secure employment. The defendant was not successful regarding employment, and as a result, his release plan was not stable.

On January 3, 2014, his placement at the RRC expired and he was discharged.  He began residing with his wife and children; however, he has tested positive for marijuana use on January 21, 2014, and January 30, 2014, and he is basically homeless as his wife does not want him to live with her as he has reverted to using marijuana and is not employed.

On January 30, 2014, this officer met with the defendant to discuss his options.  The defendant wanted to reside in the RRC in Fresno, and gain employment at Foster Farms.  As a result, the Waiver of Hearing Form was read to him and he voluntarily signed the Waiver, agreeing to the RRC placement for a period of up to 180 days.

Therefore, it is respectfully recommended the Court approve this modification plan, which permits the above-noted violation behavior to be addressed through residential placement, which includes treatment and testing, will assist with employment, and establish a release plan.

Should the defendant become in further violation of his conditions, he has been informed that formal proceedings would be recommended.

Should the Court have any questions or need additional information, please do not hesitate to contact this officer

Respectfully submitted,

**/s/ Ben J. Blankenship**
**BEN J. BLANKENSHIP**
**United States Probation Officer**
Telephone: (559) 734-0317

**DATED:** 2/3/2014

Reviewed by,

**/s/ Thomas A. Burgess**
**THOMAS A BURGESS**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

CC:

United States Probation

Assistant United States Attorney: Laurel Montoya

Defense Counsel: Eric Kersten

IT IS SO ORDERED.

Dated:  **February 4, 2014**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE